# **Exhibit A**



| | | |
|---|---|---|
| **TO:** | Erik Podbutzky<br>Transworld Systems Inc.<br>500 Virginia Dr Ste 514<br>Fort Washington, PA 19034-2707 | |
| **RE:** | **Process Served in Alabama** | |
| **FOR:** | Convergent Outsourcing, Inc.  (Domestic State: WA) | |

# Service of Process Transmittal
03/08/2022
CT Log Number 541182312

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | TANZANIA SCOTT, an individual vs. CONVERGENT OUTSOURCING INC. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 01CV202290062800 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Montgomery, AL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/08/2022 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Alabama |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  Erik Podbutzky  lawsuits@tsico.com<br><br>Email Notification,  Richard Drezek  legal.review@tsico.com<br><br>Email Notification,  James Schultz  jschultz@sessions-law.biz<br><br>Email Notification,  Lori Schmitt  lschmitt@sessions.legal<br><br>Email Notification,  Diana Orellana  dorellana@sessions.legal<br><br>Email Notification,  Donielle Lambert  dlambert@sessions.legal<br><br>Email Notification,  DAVID WIEN  david.wien@tsico.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104<br>866-401-8252<br>EastTeam2@wolterskluwer.com |



# Service of Process Transmittal
03/08/2022
CT Log Number 541182312

**TO:** Erik Podbutzky
Transworld Systems Inc.
500 Virginia Dr Ste 514
Fort Washington, PA 19034-2707

**RE:** **Process Served in Alabama**

**FOR:** Convergent Outsourcing, Inc.  (Domestic State: WA)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / ML



**JACQUELINE ANDERSON SMITH, CLERK**
CIRCUIT COURT OF JEFFERSON COUNTY
CIVIL DIVISION-ROOM 400
716 RICHARD ARRINGTON JR. BLVD NORTH
BIRMINGHAM, ALABAMA 35203

CERTIFIED MAIL



7021 1970 0001 4428 7786



US POSTAGE PITNEY BOWES
ZIP 35203
02 4W
0000374811 MAR 04 202
$ 013.73



**AlaFile E-Notice**

01-CV-2022-900628.00

To: CONVERGENT OUTSOURCING INC.
C T CORPORATION SYSTEM
2 N. JACKSON ST. ST 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TANZANIA SCOTT V. CONVERGENT OUTSOURCING INC.
01-CV-2022-900628.00

The following complaint was FILED on 3/4/2022 6:00:10 AM

Notice Date:     3/4/2022 6:00:10 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-900628.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**TANZANIA SCOTT V. CONVERGENT OUTSOURCING INC.**

**NOTICE TO:** CONVERGENT OUTSOURCING INC., C T CORPORATION SYSTEM 2 N. JACKSON ST. ST 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN GRIFFIN WATTS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 301 19th Street North, BIRMINGHAM, AL 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TANZANIA SCOTT pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

03/04/2022          /s/ JACQUELINE ANDERSON SMITH     By: _____
*(Date)*                    *(Signature of Clerk)*                         *(Name)*

☑ Certified Mail is hereby requested.    /s/ JOHN GRIFFIN WATTS
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*         *(Name of County)*

Alabama on _____.
*(Date)*

_____
*(Address of Server)*

_____     _____
*(Type of Process Server)*                  *(Server's Signature)*

_____     _____
*(Server's Printed Name)*                   *(Phone Number of Server)*

DOCUMENT 1

ELECTRONICALLY FILED
3/4/2022 6:00 AM
01-CV-2022-900628.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev. 9/18 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>01<br>Date of Filing: 03/04/2022  Judge Code: |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
TANZANIA SCOTT v. CONVERGENT OUTSOURCING INC.

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☑ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** WAT056    3/4/2022 6:00:40 AM    /s/ JOHN GRIFFIN WATTS
Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO



DOCUMENT 2

ELECTRONICALLY FILED
3/4/2022 6:00 AM
01-CV-2022-900628.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| TANZANIA SCOTT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CONVERGENT OUTSOURCING INC.,; <br> Fictitious Defendants "A", "B" and "C" thereby intending to refer to the legal entity, person, firm or corporation which was responsible for or conducted the wrongful acts alleged in the Complaint; Names of the Fictitious parties are unknown to the Plaintiff at this time but will be added by amendment when ascertained <br><br> Defendants. | Civil Action No.: |

## COMPLAINT

**COMES NOW** the Plaintiff, by and through counsel, in the above styled cause, and for Plaintiff's Complaint against the Defendant[1] states as follows:

---

[1] "Defendant" means all defendants, including fictitiously named defendants.

-1-

1. This action arises out of Defendants' repeated violations of the Fair Debt Collection Practices Act[2], 15 U.S.C. § 1692 et seq. ("FDCPA") in their illegal efforts to collect a consumer debt from Plaintiff.

## PARTIES

2. Plaintiff **Tanzania Scott** (hereinafter "Plaintiff") is a natural person who is a resident of Alabama.

3. Defendant **Convergent Outsourcing Inc.**, is a debt collection firm that engages in the business of debt collection. Its principal business purpose is the collection of debts, and it uses various instruments of interstate commerce to accomplish debt collection including sending letters, calling on the phone, credit reporting, filing of lawsuits, etc.

4. Fictitious Defendants "A", "B" and "C" thereby intending to refer to the legal entity, person, firm or corporation which was responsible for or conducted the wrongful acts alleged in the Complaint; names of the Fictitious parties are unknown to the Plaintiff at this time but will be added by amendment when ascertained.

5. Any reference to any **Defendant** refers to all Defendants and Fictitious Defendants.

---

[2] Any reference the FDCPA or any part thereof encompasses all relevant parts and subparts of each statute.

## JURISDICTION

6. Personal jurisdiction exists over **Defendant** as **Defendant** has the necessary minimum contacts with the State of Alabama and this suit arises out of **Defendant's** specific conduct with Plaintiff in Alabama. All the actions described in this suit occurred in Alabama.

## VENUE

7. Venue is proper as **Defendant** does business in this judicial district.

## FACTUAL ALLEGATIONS

8. Congress found it necessary to pass the FDCPA due to rampant abusive practices by dishonorable debt collectors. 15 USC § 1692 is entitled "Congressional findings and declaration of purpose" and it states as follows:

    (a)  There is **abundant evidence** of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. **Abusive debt collection practices contribute** to the number of personal bankruptcies, to marital instability, to the loss of jobs, and **to invasions of individual privacy**.
    (b)  Existing laws and procedures for redressing these injuries are inadequate to protect consumers.
    (c)  **Means other than** misrepresentation or other **abusive debt collection practices are available for the effective collection of debts**.
    (d)  Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.
    (e)  It is the **purpose** of this title to **eliminate abusive debt collection practices** by debt collectors, to **insure that those debt collectors who refrain from using abusive debt collection**

> **practices are not competitively disadvantaged,** and to promote consistent State action to protect consumers against debt collection abuses.

[Emphasis added].

9. Plaintiff allegedly incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10. **Defendant** is considered a "debt collector" and began engaging in debt collection activities against Plaintiff.

11. The primary and principal business of **Defendant** is to collect alleged defaulted debts.

12. At the time that **Defendant** received the alleged debt of Plaintiff, the alleged debt was in default.

13. **Defendant** claimed Plaintiff owed **Defendant** money.

14. **Defendant** made a third-party disclosure to one or more companies about Plaintiff and the debt in violation of the FDCPA.

15. This was done, at least in part, by **Defendant** using a third-party mailing vendor without the permission of Plaintiff, to send a letter dated **June 5, 2021**.

16. This is illegal under the FDCPA. See, for example, 15 U.S.C. Section 1692c(b) which states, "Except as provided in section 1692b of this title, without the prior consent of the consumer given directly to the debt collector, or the

express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a postjudgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector."

17. **Defendant** does not satisfy any exception or exemption to this law.

18. The third-party disclosure was a communication under the FDCPA related to a consumer debt.

19. **Defendant** had no permission or authorization to disclose any details of Plaintiff's debt to anyone other than Plaintiff, spouse of Plaintiff, or a consumer reporting agency.

20. All the above-described actions by **Defendant** and collection agents of **Defendant** were made in violation of the FDCPA.

21. The conduct of the **Defendant** has proximately caused Plaintiff damages.

## CAUSES OF ACTION

### COUNT I.

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

22. The acts and omissions of **Defendant** and its agents constitute numerous and multiple violations of the FDCPA with respect to Plaintiff, including, but not limited to, violations of 1692c, 1692c(b), 1692d, 1692e, 1692e(10), 1692f and 1692f(1).

23. As a result of **Defendant**'s violations of the FDCPA, Plaintiff is entitled to damages, reasonable attorney's fees and costs from **Defendant**.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that judgment be entered against **Defendant** for all damages allowable, costs, expenses, attorney fees, injunctive relief to prevent further violations, and for such other and further relief as may be just and proper.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts (WAT056)
M. Stan Herring (HER037)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiff**

**Serve defendant via certified mail at the following address:**

**Convergent Outsourcing Inc.**
c/o C T CORPORATION SYSTEM
2 NORTH JACKSON ST., SUITE 605
MONTGOMERY, AL 36104